**SEALED**

**FILED**
MAY 06 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EXTRADITION OF<br><br>ESTANISLAO FLORENCIO MORALES HERNANDEZ,<br><br>    Fugitive. | NO. 1:13MC-00017-SKO<br><br>**UNDER SEAL**<br><br>ORDER AUTHORIZING PROVISIONAL ARREST PURSUANT TO 18 U.S.C. § 3184 |

BEFORE ME, a United States Magistrate Judge for the Eastern District of California, personally appeared Assistant United States Attorney Mia A. Giacomazzi, the complainant herein, whose complaint made under oath in accordance with 18 U.S.C. § 3184 sets forth facts on the basis of which I find probable cause to believe that ESTANISLAO FLORENCIO MORALES HERNANDEZ, should be apprehended and brought before this Court to the end that the evidence of criminality may be heard and considered as provided in 18 U.S.C. § 3184 and the Extradition Treaty between the United States and Mexico.

IT IS THEREFORE ORDERED that a warrant for the provisional arrest of ESTANISLAO FLORENCIO MORALES HERNANDEZ be issued.

Dated: May 3, 2013

_____
United States Magistrate Judge

-1-
Order Authorizing Provisional Arrest Pursuant to 18 U.S.C. § 3184