BENJAMIN B. WAGNER
United States Attorney
MIA A. GIACOMAZZI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for the
United States of America




FILED
MAY 06 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE EXTRADITION OF                )  NO. 1:13 MC - 00017 - SKO
                                    )
ESTANISLAO FLORENCIO MORALES        )  **UNDER SEAL**
HERNANDEZ,                          )
                                    )  ORDER SEALING THE COMPLAINT AND
            Fugitive.               )  ORDER AUTHORIZING PROVISIONAL
                                    )  ARREST
                                    )
                                    )
_____)

The United States of America submitted a complaint and order authorizing the provisional arrest of the above-referenced subject pursuant to a request by the Mexican government under 18 U.S.C. § 3184. By separate order, this Court has authorized the provisional arrest of ESTANISLOA FLORENCIO MORALES HERNANDEZ. On the basis of good cause, this Court ORDERS that the complaint and order authorizing provisional arrest shall be filed under seal and shall not be disclosed pending further order of this Court.

Dated: 5/3/13                          _____
                                       United States Magistrate Judge

-1-
Order Sealing the Complaint and Order Authorizing Provisional Arrest