# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EXTRADITION OF ESTANISLAO FLORENCIO MORALES-HERNANDEZ | Case No. 1:13-mc-00017-SKO<br><br>ORDER REQUIRING GOVERNMENT TO FILE SUPPLEMENT TO EVIDENCE IN SUPPORT OF EXTRADITION<br><br>FIVE DAY DEADLINE |

On January 11, 2019, the Government filed a memorandum of extradition law in support of extradition in this matter. (ECF No. 15.) In the memorandum, the Government references the declaration of Tom Heinemann without pointing to where in the record it is located. (ECF No. 15 at 12, 14-15.) The Court has reviewed the evidence in submitted in the formal extradition package, as well as the additional documents in the record and is unable to find in the record such declaration. Accordingly, IT IS HEREBY ORDERED that within five days from the date of entry of this order the Government shall either file a notice informing the Court of where in the record the document is located or supplement the record to provide the evidence that is relied on in the memorandum in support of extradition that is not currently in the record.

IT IS SO ORDERED.

Dated: **March 4, 2019**

UNITED STATES MAGISTRATE JUDGE

1