# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EXTRADITION OF ESTANISLAO FLORENCIO MORALES-HERNANDEZ | Case No. 1:13-mc-00017-SAB<br><br>ORDER DIRECTING CLERK OF THE COURT TO DELIVER CERTIFIED COPY OF CERTIFICATION OF EXTRADITABILITY TO ASSISTANT UNITED STATES ATTORNEY<br><br>(ECF No. 26) |

On March 15, 2019 a memorandum order issued finding Estanislao Florencio Morales-Hernandez extraditable to Mexico. (ECF No. 26.) Pursuant to 18 U.S.C. § 3184, the Clerk of the Court is HEREBY DIRECTED to deliver a certified copy of the certification of extraditability (ECF No. 26) to the Assistant United States Attorney assigned to this action for transmission to the Secretary of State.

IT IS SO ORDERED.

Dated: **March 15, 2019**

UNITED STATES MAGISTRATE JUDGE