# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EXTRADITION OF ESTANISLAO FLORENCIO MORALES-HERNANDEZ | Case No. 1:13-mc-00017-SAB<br><br>ORDER COMMITTING ESTANISLAO FLORENCIO MORALES-HERNANDEZ TO THE CUSTODY OF THE UNITED STATES MARSHAL |

On March 15, 2019, the Court issued an order granting the request for extradition and certifying that Estanislao Florencio Morales-Hernandez is extraditable to Mexico for the charged crime of aggravated homicide with unfair advantage. Accordingly, IT IS HEREBY ORDERED that Estanislao Florencio Morales-Hernandez is committed to the custody of the United States Marshal pending further decision on extradition and surrender by the Secretary of State pursuant to 18 U.S.C. § 3184.

IT IS SO ORDERED.

Dated: **March 19, 2019**

UNITED STATES MAGISTRATE JUDGE

1